|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 14, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARQUES JULIUS JOHNSON,<br><br>　　　　　Defendant. | Case No.  2:20-MJ-00185-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARQUES JULIUS JOHNSON, Case No.  2:20-MJ-00185-AC   Charge 21 USC §§ 846; 841(a)(1), from custody for the following reasons: for the following reasons:

　　　 X　　Release on Personal Recognizance

　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　　　_____ Appearance Bond with 10% Deposit

　　　　　　　_____ Appearance Bond with Surety

　　　　　　　_____ Corporate Surety Bail Bond

　　　 X　　(Other): With conditions of release as stated on the record in court.

Issued at Sacramento, California on December 14, 2020 at 2:15 p.m.
Dec. 14, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE