PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00185 AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| MARQUES JULIUS JOHNSON, | |
| Defendants. | DATE: March 11, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ALEXIS NELSEN, and defendant MARQUES JULIUS JOHNSON, both individually and by and through his counsel of record, Mark Reichel, hereby stipulate as follows:

1. The Complaint in this case was filed on December 8, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 10, 2020. The court set a preliminary hearing date of December 23, 2020.

2. By prior stipulations and orders, the preliminary hearing was continued to March 11, 2021, at 2:00 p.m. *See* ECF # 8, 15, 17.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 8, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The defense has received thirty-one pages of discovery. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for

the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 11, 2021, and April 8, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  March 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ALEXIS NELSEN
ALEXIS NELSEN
Assistant United States Attorney

Dated:  March 8, 2021

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
MARQUES JULIUS JOHNSON

### [PROPOSED] FINDINGS AND ORDER

The Court has read and considered the above Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 8, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to April 8, 2021, at 2:00 p.m.

2. The time between March 11, 2021, and April 8, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   March 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION

3