PHILLIP A. TALBERT
Acting United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUES JULIUS JOHNSON and<br>CALVIN JAMES SMITH,<br><br>Defendants. | CASE NO. 2:21-CR-00071<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 16, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant Marques Johnson, by and through defendant's counsel of record, Mark Reichel, and defendant Calvin Smith, by and through defendant's counsel of record, Edward Robinson, hereby stipulate as follows:

1. By previous order, and this matter was set for status on November 16, 2021.

2. By this stipulation, defendants now move to continue the status conference until January 25, 2022, and to exclude time between November 16, 2021, and January 25, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and audio recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with their clients, and to otherwise prepare for trial

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2021, to January 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated:  November 5, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ALEXIS NELSEN<br>ALEXIS NELSEN<br>Assistant United States Attorney |
| Dated:  November 5, 2021 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>MARQUES JULIUS JOHNSON |
| Dated:  November 5, 2021 | /s/ EDWARD ROBINSON<br>EDWARD ROBINSON<br>Counsel for Defendant<br>CALVIN JAMES SMITH |

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the November 16, 2021, status conference and resets the matter for a status conference on January 25, 2022, at 9:30 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between November 16, 2021, and January 25, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time from November 16, 2021, to and including January 25, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 8th day of November, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE