1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXIS KLEIN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                          IN THE UNITED STATES DISTRICT COURT
9
                            EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:21-CR-00071 JAM
12 |                    Plaintiff,           | STIPULATION REGARDING EXCLUDABLE
   |                                         | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |         v.                              | FINDINGS AND ORDER
14 | MARQUES JULIUS JOHNSON and              | DATE:  April 26, 2022
   | CALVIN JAMES SMITH,                     | TIME:  9:30 a.m.
15 |                                         | COURT: Hon. John A. Mendez
   |                    Defendants.          |
16

17                                   **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and

19 defendant Marques Johnson, by and through defendant's counsel of record, Mark Reichel, and defendant

20 Calvin Smith, by and through defendant's counsel of record, Edward Robinson, hereby stipulate as

21 follows:

22        1.      By previous order, and this matter was set for status on April 26, 2022.

23        2.      By this stipulation, defendants now move to continue the status conference until June 14,

24 2022, and to exclude time between April 26, 2022, and June 14, 2022, under Local Code T4.

25        3.      The parties agree and stipulate, and request that the Court find the following:

26             a)    The government has represented that the discovery associated with this case

27 includes investigative reports, photographs, and video and audio recordings. This discovery has

28 been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

        b)      Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with their clients, and to otherwise prepare for trial.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2022, to June 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated:  April 21, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>Assistant United States Attorney |
| Dated:  April 21, 2022 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>MARQUES JULIUS JOHNSON |
| Dated:  April 21, 2022 | /s/ EDWARD ROBINSON<br>EDWARD ROBINSON<br>Counsel for Defendant<br>CALVIN JAMES SMITH |

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the April 26, 2022, status conference and resets the matter for a status conference on June 14, 2022, at 9:30 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between April 26, 2022 and June 14, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time from April 26, 2022, to and including June 14, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 22nd day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE