PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00071 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARQUES JULIUS JOHNSON and CALVIN JAMES SMITH, | DATE: August 23, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Marques Johnson, by and through defendant's counsel of record, Mark Reichel, and defendant Calvin Smith, by and through defendant's counsel of record, Edward Robinson, hereby stipulate as follows:

1. By previous order, and this matter was set for status on August 23, 2022.

2. By this stipulation, defendants now move to continue the status conference until September 27, 2022, at 9:30 a.m., and to exclude time between August 23, 2022, and September 27, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and video and audio recordings. This discovery has

been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolutions with their clients, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 23, 2022, to September 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: August 18, 2022                              PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ ALEXIS KLEIN
                                                    ALEXIS KLEIN
                                                    Assistant United States Attorney


Dated: August 18, 2022                              /s/ MARK REICHEL
                                                    MARK REICHEL
                                                    Counsel for Defendant
                                                    MARQUES JULIUS JOHNSON


Dated: August 18, 2022                              /s/ EDWARD ROBINSON
                                                    EDWARD ROBINSON
                                                    Counsel for Defendant
                                                    CALVIN JAMES SMITH


**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the August 23, 2022, status conference and resets the matter for a status conference on September 27, 2022, at 9:30 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 23, 2022 and September 27, 2022, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from August 23, 2022, to and including September 27, 2022, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 18th day of August, 2022.


                                                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE