PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>MARQUES JULIUS JOHNSON,<br><br>                 Defendant. | CASE NO. 2:21-CR-00071<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:    November 8, 2022<br>TIME:     9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Marques Johnson, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.      On September 20, 2022, defendant's present counsel, Ms. White, was appointed to represent the defendant. ECF No. 81. Also on that date, this matter was set for status on November 8.

2.      By this stipulation, defendant now moves to continue the status conference until February 7, 2023, at 9:00 a.m., and to exclude time between November 8, 2022, and February 7, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, and video and audio recordings. This discovery has

1  been either produced directly to counsel and/or made available for inspection and copying.

2        b)     Counsel for defendant desires additional time to consult with her client, conduct

3  investigation and research related to the charges, discuss potential resolution with her client, and

4  to otherwise prepare for trial.

5        c)     Counsel for defendant believes that failure to grant the above-requested

6  continuance would deny her the reasonable time necessary for effective preparation, taking into

7  account the exercise of due diligence.

8        d)     The government does not object to the continuance.

9        e)     Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13  et seq., within which trial must commence, the time period of November 8, 2022, to February 7,

14  2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15  T4] because it results from a continuance granted by the Court at defendant's request on the basis

16  of the Court's finding that the ends of justice served by taking such action outweigh the best

17  interest of the public and the defendant in a speedy trial.

18      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

19  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20  must commence.

21      IT IS SO STIPULATED.

22

23  Dated:  November 2, 2022               PHILLIP A. TALBERT
                                    United States Attorney

24                                      /s/ ALEXIS KLEIN

25                                      ALEXIS KLEIN
                                    Assistant United States Attorney

26

27

28

Dated:  November 2, 2022

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
MARQUES JULIUS JOHNSON

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the November 8, 2022, status conference and resets the matter for a status conference on February 7, 2023, at 9:00 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between November 8, 2022, and February 7, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from November 8, 2022, to and including February 7, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 2nd day of November, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE