TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Marques Johnson<br><br>  Defendant. | No. 2:21-CR-00071 JAM<br><br>[~~PROPOSED~~] **ORDER SEALING ATTACHMENT TO BAIL MOTION AND REQUEST TO SEAL**<br><br>Date:  April 24, 2023<br>Time:  2:00 pm<br>Dept:  Honorable Judge Allison Claire |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Marques Johnson, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed as ECF DOC Number 99, and the associated Request to Seal, shall be SEALED until further order of this Court.

Dated: April 20, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1