UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 24, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARQUES JULIUS JOHNSON,<br><br>　　　　　Defendant. | Case No.  2:21-cr-00071-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARQUES JULIUS JOHNSON ,

Case No.  2:21-cr-00071-JAM , Charge 21:841(a)(1) , from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $   100,000.00

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

__X__   (Other):  The Defendant's Release is delayed until May 1, 2023 @ 9:00AM

\_\_\_\_\_   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 24, 2023 at 3:00 PM.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire