PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUES JULIUS JOHNSON,<br><br>Defendant. | CASE NO.  2:21-cr-00071-JAM-1<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:    August 1, 2023<br>TIME:    9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Marques Johnson, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.      This matter was set for a status conference on August 1, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until November 28, 2023, and to exclude time between August 1, 2023, and November 28, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, and video and audio recordings.  This discovery has

1   been either produced directly to counsel and/or made available for inspection and copying.

2         b)      Counsel for defendant desires additional time to consult with her client, conduct

3   investigation and research related to the charges, discuss potential resolution with her client, and

4   to otherwise prepare for trial.

5         c)      Counsel for defendant believes that failure to grant the above-requested

6   continuance would deny her the reasonable time necessary for effective preparation, taking into

7   account the exercise of due diligence.

8         d)      The government does not object to the continuance.

9         e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of August 1, 2023, to November 28,

14   2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

19   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20   must commence.

21

22       IT IS SO STIPULATED.

23

24   Dated:  July 27, 2023                  PHILLIP A. TALBERT
United States Attorney

25                             /s/ ALEXIS KLEIN

26                             ALEXIS KLEIN
Assistant United States Attorney

27

28

Dated:  July 27, 2023                              /s/ TONI WHITE
                                                   TONI WHITE
                                                   Counsel for Defendant
                                                   MARQUES JULIUS JOHNSON


## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court **VACATES** the August 1, 2023, status conference and resets the matter for a status conference on **November 28, 2023, at 9:00 a.m.**  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 1, 2023, and November 28, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from August 1, 2023, to and including November 28, 2023, is **EXCLUDED** from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.


IT IS SO FOUND AND ORDERED.


Dated: July 27, 2023                              /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE