TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Marques Johnson

    Defendant.

No. 2:21-CR-00071 JAM

**STIPULATION AND [PROPOSED] ORDER**

The Government, by and through its counsel of record, Alexis Klein, and defendant Marques Johnson, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. Mr. Johnson was released on conditions and pretrial supervision on April 24, 2023 (ECF DOC #107).
2. His conditions included location monitoring. (ECF DOC #13-14).
3. Pretrial service has indicated that, since his release, Mr. Johnson has been compliant with his conditions of release, has reported as directed to pretrial services and has also had no curfew violations during his period of supervision.

1

4. Given Mr. Johnson's continued compliance, pretrial services officer Margarita Zepeda is recommending removal of the location monitoring conditions.

5. Assistant United States Attorney Alexis Klein has no objection to this proposed modification to Mr. Johnson's conditions.

6. By this stipulation, Mr. Johnson now moves to have the conditions of location monitoring removed.

IT IS SO STIPULATED.

Dated: January 22, 2024

                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ ALEXIS KLEIN
                                                 ALEXIS KLEIN
                                                 Assistant United States Attorney

Dated: January 22, 2024                         /s/ TONI WHITE
                                                 TONI WHITE
                                                 Counsel for Defendant
                                                 MARQUES JULIUS JOHNSON

**[~~PROPOSED~~] FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court hereby removes conditions number 13 and 14 from Mr. Johnson's conditions of release.

IT IS SO FOUND AND ORDERED this 30th day of January, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE