TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARQUES JULIUS JOHNSON,<br><br>　　　　Defendant. | No. 2:21-cr-00071-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:　May 21, 2024<br>Time:　9:00 am<br>Dept:　Honorable Judge John A. Mendez |

　　　　The Government, by and through its counsel of record, Alexis Klein, and defendant Marques Johnson, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.　　This matter is set for a status conference on May 21, 2024.

2.　　By this stipulation, defendant now moves to continue the status conference until September 10, 2024, and to exclude time between May 21, 2024, and September 10, 2024, under Local Code T4.

3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　The government has represented that the discovery associated with this case

1

includes investigative reports, photographs, and video and audio recordings.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b)  Counsel for defendant desires additional time to consult with her client, conduct investigation and research related to the charges, discuss potential resolution with her client, and to otherwise prepare for trial.

  c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)  The government does not object to the continuance.

  e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2024, to September 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//
//
//
//

2

//

IT IS SO STIPULATED.

Dated:  May 14, 2024

           PHILLIP A. TALBERT
           United States Attorney

           /s/ ALEXIS KLEIN
           ALEXIS KLEIN
           Assistant United States Attorney

Dated:  May 14, 2024

           /s/ TONI WHITE
           TONI WHITE
           Counsel for Defendant
           MARQUES JULIUS JOHNSON

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.  The Court **VACATES** the May 21, 2024, status conference and **RESETS** the matter for a status conference on **September 10, 2024, at 9:00 a.m.**  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between May 21, 2024, and September 10, 2024, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from May 21, 2024, to and including September 10, 2024, is excluded from the computation of

time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED.

Dated: May 15, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

4