TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Marques Johnson<br><br>Defendant. | No. 2:21-CR-00071 DAD<br><br>**STIPULATION AND ORDER**<br><br>Date:  February 24, 2024<br>Time:  9:30 am<br>Dept:  Honorable Judge Dale A. Drozd |

The Government, by and through its counsel of record, Jason Hitt, and defendant Marques Johnson, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. This matter is set for a status conference regarding trial confirmation hearing on February 24, 2025.

2. By this stipulation, defendant now moves to convert the status conference into a change of plea and to set the matter on March 10, 2025. Time has previously been excluded through June 2, 2025. ECF No. 144.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and video and audio recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with her client, conduct investigation and research related to the charges, discuss potential resolution with her client, to draft a pleading in support of an open change of plea and to otherwise prepare for trial in the event that a change of plea is not executed.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) This matter was originally set to commence trial on June 2, 2025, before Judge Mendez. ECF No. 144. As part of the Court's order setting trial dates, time was excluded through June 2, 2025. ECF No. 144. On January 25, 2025, Judge Mendez recused himself and assigned the matter to this Court. ECF No. 145. This Court set the matter for status regarding trial confirmation hearing on February 24, 2025. ECF No. 146. As time remains excluded through June 2, 2025, no further finding of exclusion of time is necessary at this time.

IT IS SO STIPULATED.

Dated:  February 19, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

2

Dated:  February 19, 2025                    /s/ TONI WHITE
                                             TONI WHITE
                                             Counsel for Defendant
                                             MARQUES JULIUS JOHNSON

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the February 24, 2025, status conference regarding trial confirmation hearing and resets the matter for a change of plea hearing on March 10, 2025, at 9:30 a.m.  By previous court order, the time period of December 17, 2024, to and including June 2, 2025, has been excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  **February 19, 2025**                    /s/ Dale A. Drozd
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE