TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                        Plaintiff,

v.

MARQUES JOHNSON,

                                        Defendant

CASE NO. 2:21-CR-00071 DAD

**STIPULATION TO CONTINUE
SENTENCING; ORDER**

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on June 30, 2025.

2.      By this stipulation, defendant now moves to continue the sentencing to August 4, 2025, at 9:30 a.m. The GOVERNMENT does not oppose this request.

3. The presentence interview has been completed and probation is working on the draft report. Defendant needs additional time to gather sentencing mitigation. An updated psychological evaluation of Mr. Johnson is in progress. We do not have it at this time and it is needed to support Mr. Johnson's mitigation package.

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

Judgment and Sentencing Date:                                    August 4, 2025

Reply, or Statement of Non-opposition:                           July 28, 2025

Motion for Correction of the Presentence Report shall be filed
with the Court and served on the Probation Officer and opposing
counsel no later than:                                           July 21, 2025

The Pre-Sentence Report Shall be Filed with the Court and
Disclosed to Counsel no Later Than:                             July 14, 2025

Counsel's Written Objections to the Pre-Sentence
Report Shall be Delivered to the Probation Officer
and Opposing Counsel no Later Than:                            July 7, 2025

The Proposed Pre-Sentence Report Shall Be Disclosed
to Counsel no Later Than:                                       June 23, 2025

IT IS SO STIPULATED.

Dated:  May 27, 2025              MICHELE BECKWITH
                                 Acting United States Attorney

                          By:    /s/ Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

                                 For the United States


Dated:  May 27, 2025      By:    /s/ Toni White
                                 TONI WHITE
                                 For Defendant
                                 Marques Johnson

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for June 30, 2025 is continued to August 4, 2025, at 9:30 a.m. and the parties' proposed schedule as to the presentence report and related filing dates is adopted.

IT IS SO ORDERED.

Dated:  __June 8, 2025__                _Dale A. Drozd_
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE