TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARQUES JOHNSON,<br><br>      Defendant | CASE NO. 2:21-CR-00071 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

  Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

  1.  By previous order, this matter was set for sentencing on August 4, 2025.

  2.  By this stipulation, defendant now moves to continue the sentencing to September 15, 2025. The GOVERNMENT does not oppose this request.

  3. The presentence interview has been completed and probation has completed the draft report. We are in the stage where the parties' informal objections are due. Defendant needs additional time to gather sentencing mitigation to present to probation prior to the completion of final PSR. An updated psychological evaluation of Mr. Johnson is in progress. We do not have it at this time and it is needed to support Mr. Johnson's mitigation package. We are also gathering medical records for presentation to the probation officer.

1

1  4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure
2  schedule requested by the parties.
3  5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | September 15, 2025 |
| Reply, or Statement of Non-opposition: | September 8, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 1, 2025 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | August 25, 2025 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | August 18, 2025 |
| The Proposed Pre-Sentence Report Has Been Disclosed to Counsel | |

2

IT IS SO STIPULATED.

Dated: July 14, 2025	MICHELE BECKWITH
	Acting United States Attorney

	By:	/s/ Jason Hitt
		JASON HITT
		Assistant U.S. Attorney

		For the United States

Dated: July 14, 2025	By:	/s/ Toni White
		TONI WHITE
		For Defendant
		Marques Johnson

## **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for August 4, 2025, is continued September 15, 2025 at 9:30 a.m. **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **July 14, 2025**	_____
	DALE A. DROZD
	UNITED STATES DISTRICT JUDGE

3