1 | TONI H. WHITE (SBN 210119)
2 | ATTORNEY AT LAW
  | P.O. Box 1068
  | Placerville, CA 95667
3 | Telephone: (530) 885-6244

4 | Attorney for Defendant
  | MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00071 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | |
| MARQUES JOHNSON, | |
| Defendant | |

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 15, 2025.

2. By this stipulation, defendant now moves to continue the sentencing to October 27, 2025. The GOVERNMENT does not oppose this request.

3. The presentence report has been completed and the defense is in the process of drafting sentencing briefing. The defense investigator has been working on a report related to Mr. Johnson's safety valve proffer and the report is not completed. Additionally, an updated psychological evaluation of Mr. Johnson is in progress and we are at the point at which we are awaiting the finalized report. The forensic psychologist that is evaluating Mr. Johnson is specialized in evaluating criminogenic risk factors related to potential recidivism. It is difficult to get an appointment with her. Once the funding crisis began, she shifted away from CJA panel cases as she

1

needed to focus more on retained cases during the funding gap. She agreed to finish the evaluation and report for Mr. Johnson but the progress has been slow. I received a response from her on Friday that she plans to disclose the report at the beginning of next week. We do not have it at this time and it is needed to support Mr. Johnson's mitigation package.

    4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

    5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | October 27, 2025 |
| Reply, or Statement of Non-opposition: | October 20, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 13, 2025 |

IT IS SO STIPULATED.

Dated:  September 8, 2025        ERIC GRANT
                                        United States Attorney

                                  By:    */s/ Jason Hitt*
                                        JASON HITT
                                        Assistant U.S. Attorney

                                        For the United States

Dated:  September 8, 2025        By:    */s/ Toni White*
                                        TONI WHITE
                                        For Defendant
                                        Marques Johnson

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for September 15, 2025, is continued to October 27, 2025 at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:  **September 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3