TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARQUES JOHNSON,<br><br>　　　　　　Defendant | CASE NO. 2:21-CR-00071-DAD-1<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

　　　　Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for sentencing on October 27, 2025.

　　　　2.　　By this stipulation, defendant now moves to continue the sentencing to November 17, 2025. The GOVERNMENT does not oppose this request.

　　　　3.　　The presentence report has been completed and the defense is in the process of forwarding new safety valve proffer information to the Government and drafting sentencing briefing. The defense investigator working on this case became unavailable since the last court date. Defense counsel was able to secure another investigator and, as of today, was able to obtain a completed video to be discovered to the Government as part of a safety valve proffer. The Government will need time to review the proffer and defense counsel needs time to complete sentencing briefing.

1

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | November 17, 2025 |
| Reply, or Statement of Non-opposition: | November 12, 2025 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 10, 2025 |

IT IS SO STIPULATED.

Dated:  October 22, 2025         ERIC GRANT
                                 United States Attorney

                            By:  /s/ Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

                                 For the United States

Dated:  October 22, 2025    By:  /s/ Toni White
                                 TONI WHITE
                                 For Defendant
                                 Marques Johnson

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for October 27, 2025, is continued to November 17, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **October 23, 2025**         _____
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE

2