TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUES JOHNSON,<br><br>Defendant | CASE NO. 2:21-CR-00071 DAD<br><br>**SECOND AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 17, 2025.

2. By this stipulation, defendant now moves to continue the sentencing to January 26, 2026 given the time needed to prepare for sentencing and the scheduled combined leave time of the parties around the holidays. The government does not oppose this request.

3. The presentence report has been completed and the defense recently forwarded documentary and video safety valve proffer information to the government. The defense needs the government's response on whether or not the government agrees to safety valve before the defense can complete sentencing briefing.

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

1

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | January 26, 2026 |
| Reply, or Statement of Non-opposition: | January 19, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 12, 2026 |

IT IS SO STIPULATED.

Dated: November 14, 2025              ERIC GRANT
                                      United States Attorney

                              By:     /s/ Jason Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

                                      For the United States

Dated: November 14, 2025      By:     /s/ Toni White
                                      TONI WHITE
                                      For Defendant
                                      Marques Johnson

## O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for November 17, 2025 is continued to January 26, 2026, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **November 14, 2025**          _Dale A. Drozd_
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

2