TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00071 DAD-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. | |
| MARQUES JOHNSON, | |
| Defendant | |

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1.     By previous order, this matter was set for sentencing on January 26, 2025.

2.     By this stipulation, defendant now moves to continue the sentencing to February 23, 2026 given the time needed to prepare for sentencing. The government does not oppose this request.

3.     The presentence report has been completed. The Government is currently evaluating safety valve information provided by Mr. Johnson. The defense needs the government's response on whether or not the government agrees to safety valve before the defense can complete sentencing briefing and, thus, needs additional time to prepare.

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

1

Judgment and Sentencing Date:                    February 23, 2026

Reply, or Statement of Non-opposition:           February 16, 2026

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:                    February 11, 2026

IT IS SO STIPULATED.

Dated:  January 21, 2026                    ERIC GRANT
                                           United States Attorney

                              By:    */s/ Jason Hitt*
                                     JASON HITT
                                     Assistant U.S. Attorney

                                     For the United States


Dated:  January 21, 2026           By:    */s/ Toni White*
                                   TONI WHITE
                                   For Defendant
                                   Marques Johnson

2

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for January 26, 2026, is continued to February 23, 2026, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **January 21, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE