TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MARQUES JOHNSON,<br><br>                              Defendant | CASE NO. 2:21-CR-00071 DAD-1<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on February 23, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to March 16, 2026, given the time needed to prepare for sentencing. The government does not oppose this request.

3.      The presentence report has been completed. The Government is currently evaluating safety valve information provided by Mr. Johnson. The defense needs the government's response on whether or not the government agrees to safety valve before the defense can complete sentencing briefing and, thus, needs additional time to prepare.

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

1

Judgment and Sentencing Date:                    March 16, 2026

Reply, or Statement of Non-opposition:           March 9, 2026

Motion for Correction of the Presentence Report shall be filed
with the Court and served on the Probation Officer and opposing
counsel no later than:                           March 2, 2026

IT IS SO STIPULATED.

Dated:  February 17, 2026              ERIC GRANT
                                       United States Attorney

                               By:     /s/ Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney

                                       For the United States

Dated:  February 17, 2026      By:     /s/ Toni White
                                       TONI WHITE
                                       For Defendant
                                       Marques Johnson

## O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for February 23, 2026, is continued to March 16, 2026, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:  **February 17, 2026**          _____
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE

2