TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARQUES JOHNSON,<br><br>                    Defendant | CASE NO. 2:21-CR-00071 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on March 16, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing to April 13, 2026 given the time needed to prepare for sentencing. The government does not oppose this request.

3.      The presentence report has been completed. The Government is currently evaluating safety valve information provided by Mr. Johnson. The defense needs the government's response on whether or not the government agrees to safety valve before the defense can complete sentencing briefing and, thus, needs additional time to prepare. Mr. Hitt has reached out to the agents and is awaiting additional information before he can proceed with determining the Government's position on Mr. Johnson's safety valve proffer.

1

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | April 13, 2026 |
| Reply, or Statement of Non-opposition: | April 6, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 30, 2026 |

IT IS SO STIPULATED.

Dated: March 10, 2026                    ERIC GRANT
                                          United States Attorney

                                 By:    /s/ Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

                                          For the United States

Dated: March 10, 2026            By:    /s/ Toni White
                                          TONI WHITE
                                          For Defendant
                                          Marques Johnson

2

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for March 16, 2026 is continued to April 13, 2026, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **March 12, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE