TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARQUES JOHNSON,<br><br>　　　　　　　Defendant | CASE NO. 2:21-CR-00071 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant MARQUES JOHNSON, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

1.　　　By previous order, this matter was set for sentencing on April 13, 2026.

2.　　　By this stipulation, defendant now moves to continue the sentencing to May 11, 2026, at 9:30 a.m., given the time needed to prepare for sentencing. The government does not oppose this request.

3.　　　The presentence report has been completed. The Government is currently evaluating safety valve information provided by Mr. Johnson. The defense needs the government's response on whether or not the government agrees to safety valve before the defense can complete sentencing briefing and, thus, needs additional time to prepare. Mr. Hitt previously reached out to the agents to obtain information that is necessary for him to proceed further with determining the Government's

1

position on Mr. Johnson's safety valve proffer. Mr. Hitt is still working with agents to complete the evaluation of the safety valve proffer.

4. The probation officer, Miranda Lewis, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | May 11, 2026 |
| Reply, or Statement of Non-opposition: | May 4, 2026 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 27, 2026 |

IT IS SO STIPULATED.

Dated: April 10, 2026        ERIC GRANT
                             United States Attorney

                        By:   */s/ Jason Hitt*
                              JASON HITT
                              Assistant U.S. Attorney

                              For the United States


Dated:  March 10, 2026       By:    */s/ Toni White*
                              TONI WHITE
                              For Defendant
                              Marques Johnson

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for April 13, 2026, is continued to May 11, 2026, at 9:30 a.m., and the presentence report related schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:    **April 10, 2026**                      _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE