TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
MARQUES JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Marques Johnson<br><br>    Defendant. | No. 2:21-CR-00071 DAD<br><br>**ORDER SEALING EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST TO SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Marques Johnson, IT IS HEREBY ORDERED that exhibit A to Defendant's Sentencing Memorandum, and the associated Request to Seal, shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:   **May 7, 2026**          _____
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE

1